IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOE MILLER, et al., each on behalf of himself and others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:18-cv-687<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

COME NOW Plaintiffs Joe Miller, Kenny Higgs, Raymond Bieri, and Don Sherwood ("Plaintiffs") and Defendants O'Reilly Automotive, Inc., Ozark Automotive Distributors, Inc., O'Reilly Automotive Stores, Inc. d/b/a O'Reilly Auto Parts, and Omni Specialty Packaging, LLC (sometimes referred to herein collectively as the "Defendants") (each a "Party," and together the "Parties"), by and through their respective undersigned counsel, and move the Court for an Order preliminary approving the Parties' Settlement Agreement and Release filed herewith. In support of their Joint Motion, the Parties respectfully states as follows:

1. On or about March 15, 2019, the Parties entered into the Settlement Agreement and Release in this matter (the "Settlement Agreement"). The Settlement Agreement provides substantial relief to approximately 20,000 members of the proposed settlement class comprised of persons who have purchased O'Reilly 303 Tractor Hydraulic Fluid in the state of Missouri between July 20, 2013 and the present. The Settlement Agreement, with the following exhibits thereto, is attached as Exhibit 1 to this Joint Motion:

Exhibit A – Preliminary Approval Order

Exhibit B – Final Approval Order

Exhibit C – Claim Form and Instructions

Exhibit D – Long Form Class Notice

Exhibit E – Summary Class Notice

Exhibit F – Request for Correction Form and Instructions

(*See* Settlement Agreement and Release, Exhibit 1 hereto.)

2. Pursuant to that Settlement Agreement, the Parties now respectfully request that the Court enter an Order, in substantially the form of the proposed Preliminary Approval Order attached hereto as Exhibit 1-A, ruling, in summary, as follows:

(a) Preliminarily approving the terms and conditions set forth in the Settlement Agreement, including all exhibits thereto, as fair, reasonable, and adequate.

(b) Conditionally certifying, for settlement purposes only, the following settlement class: "All persons and other entities who purchased O'Reilly 303 Tractor Hydraulic Fluid in Missouri at any point in time from July 20, 2013 to present, excluding those who purchased for resale. Also excluded from the Settlement Class are Defendants, including any parent, subsidiary, affiliate or controlled person of Defendants; Defendants' officers, directors, agents, employees and their immediate family members, as well as the judicial officers assigned to this litigation and members of their staffs and immediate families" (the "Settlement Class").

(c) Conditionally finding, for settlement purposes only and conditioned upon entry of the Final Order and Judgment, and the occurrence of the Effective Date (as defined in the attached Settlement Agreement), that the prerequisites for a class action under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied in that: (a) the number of

2

members of the Settlement Class is so numerous that joinder of all members thereof is impracticable; (b) there are questions of law and fact common to the Settlement Class; (c) the claims of the Plaintiffs are typical of the claims of the Settlement Class for purposes of settlement; (d) Plaintiffs have fairly and adequately represented the interests of the Settlement Class and will continue to do so, and Plaintiffs have retained experienced counsel to represent them; (e) the questions of law and fact common to the members of the Settlement Class predominate over any questions affecting any individual members of the Settlement Class; and (f) a class action is superior to the other available methods for the fair and efficient adjudication of the controversy.

(d) Appointing Tom Bender and Dirk Hubbard from the law firm Horn Alyward & Bandy, LLC; Gene Graham, William Carr, and Bryan White from the law firm of White, Graham, Buckley & Carr, LLC; and Clayton Jones of the Clayton Jones Law Firm as counsel for the Settlement Class ("Class Counsel").

(e) Designating named Plaintiffs Joe Miller, Kenny Higgs, Raymond Bieri, and Don Sherwood as representatives of the Settlement Class.

(f) Appointing RG/2 Claims Administration LLC to serve as the Settlement Administrator.

(g) Setting a Final Fairness Hearing (as defined in the attached Settlement Agreement) to be held before this Court to determine whether the terms and conditions forth in the Settlement Agreement are fair, reasonable, and adequate and should receive final approval.

(h) Staying, pending the Final Fairness Hearing, all proceedings in this action, other than proceedings necessary to carry out or enforce the terms and conditions of the Settlement Agreement.

3

(i) Approving the Long Form Class Notice (attached hereto as <u>Exhibit 1-D</u>), Summary Class Notice (attached hereto as <u>Exhibit 1-E</u>), Claim Form and Instructions (attached hereto as <u>Exhibit 1-C</u>), Request for Correction Form and Instructions (attached hereto as <u>Exhibit 1-F</u>), and the notice and settlement administration process set forth in Settlement Agreement, including the exhibits thereto, finding that it is the best practicable notice under the circumstances, it provides individual notice to all Settlement Class Members who can be identified through a reasonable effort, and it is reasonably calculated, under all the circumstances, to apprise the members of the Settlement Class of the pendency of this action, the terms of the settlement, and their right to object to the settlement or exclude themselves from the Settlement Class.

(j) Approving the timetable and process for exclusion from the Settlement Class or objection to the Settlement by any Settlement Class Member.

(k) Approving the timetable and process for Class Counsel to file their application for expenses and attorneys' fees.

3. In further support of the adequacy and appropriateness of the Parties' notice plan, the declaration of a representative of proposed Settlement Administrator RG/2 Claims Administration LLC is attached hereto as <u>Exhibit 2</u>.

4. In further support this Joint Motion, Plaintiffs file concurrently herewith their Memorandum in Support of Joint Motion for Preliminary Approval of Proposed Class Action Settlement.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court enter the proposed Preliminary Approval Order attached hereto as <u>Exhibit 1-A</u> and grant the Parties such other and further relief as is just and proper.

4

Date: March 21, 2019  Respectfully Submitted,

**WHITE, GRAHAM, BUCKLEY, & CARR, L.L.C**

BY:  /s/ Gene P. Graham, Jr.
 Gene P. Graham, Jr., MO 34950
 William Carr, MO 40091
 Bryan T. White, MO 58805
 19049 East Valley View Parkway
 Independence, Missouri 64055
 (816) 373-9080 Fax: (816) 373-9319
 ggraham@wagblaw.com
 bwhite@wagblaw.com

 -and-

**HORN AYLWARD & BANDY, LLC**

BY:  /s/ Dirk Hubbard
 Thomas V. Bender, MO Bar #28099
 Dirk Hubbard, MO Bar #37936
 2600 Grand, Ste. 1100
 Kansas City, MO 64108
 (816) 421-0700
 (816) 421-0899 (Fax)
 dhubbard@hab-law.com

 -and-

**CLAYTON JONES, ATTORNEY AT LAW**

BY:  /s/ Clayton A. Jones
 Clayton Jones, MO51802
 405 Foxwood Dr.
 Raymore, MO 64083
 Office: (816) 318-4266
 Fax: (816) 318-4267
 claytonjoneslaw.com

**ATTORNEYS FOR PLAINTIFFS AND SETTLEMENT CLASS MEMBERS**

5

LEWIS RICE LLC

By: /s/ Thomas P. Berra, Jr.
Thomas P. Berra, Jr., #43399MO
Oliver H. Thomas, #60676MO
R. Taylor Matthews III, #60936MO
Edward T. Pivin, #64086MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-1352
Facsimile: (314) 612-1352
tberra@lewisrice.com
othomas@lewisrice.com
tmatthews@lewisrice.com
epivin@lewisrice.com

Robert W. Tormohlen, #40024MO
Scott A. Wissel, #49085MO
1010 Walnut St., Suite 500
Kansas City, Missouri 64106
Telephone: (816) 472-2507
Facsimile: (816) 472-2500
rwtormohlen@lewisricekc.com
sawissel@lewisricekc.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 21st day of March, 2019.

/s/ Dirk Hubbard