IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOE MILLER, et al., <br> each on behalf of himself <br> and others similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> O'REILLY AUTOMOTIVE, INC., et al. <br><br> Defendants. | Case No. 4:18-cv-687 |

**PARTIES' JOINT MOTION FOR FINAL APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

COME NOW Plaintiffs Joe Miller, Kenny Higgs, Raymond Bieri, and Don Sherwood ("Plaintiffs") and Defendants O'Reilly Automotive, Inc., Ozark Automotive Distributors, Inc., O'Reilly Automotive Stores, Inc. d/b/a O'Reilly Auto Parts, and Omni Specialty Packaging, LLC (sometimes referred to herein collectively as the "Defendants") (each a "Party," and together the "Parties"), by and through their respective undersigned counsel, and move the Court for entry of an order and judgment substantially in the form attached hereto as Exhibit 1-B granting final approval of the Parties' Settlement Agreement and Release filed herewith as Exhibit 1. In support of their Joint Motion, the Parties respectfully state as follows:

1. On or about March 15, 2019, the Parties entered into the Settlement Agreement and Release in this matter (the "Settlement Agreement"). The Settlement Agreement provides substantial relief, including direct monetary payments, to approximately 13,850 members of the proposed settlement class comprised of persons who purchased O'Reilly 303 Tractor Hydraulic Fluid in the state of Missouri between July 20, 2013 and the present. The Settlement Agreement, with the following exhibits, is attached to this Joint Motion as Exhibit 1:

> Exhibit A – Preliminary Approval Order
>
> Exhibit B – Final Approval Order
>
> Exhibit C – Claim Form and Instructions
>
> Exhibit D – Long Form Class Notice
>
> Exhibit E – Summary Class Notice
>
> Exhibit F – Request for Correction Form and Instructions

(*See* Settlement Agreement, Exhibit 1 hereto.)[1]

2. On April 10, 2019, this Court entered an order granting preliminary approval of the Settlement Agreement, titled "Order and Opinion Preliminarily Approving Proposed Class Action Settlement" (the "Preliminarily Approval Order"). (See Doc. 65).

3. Since that time, and as explained in more detail in the Declaration of Tina Chiango filed herewith, the Court-appointed Settlement Administrator, RG/2 Claims Administration LLC ("RG/2") has implemented the Court-approved notice and claims administration process, as set forth in the Settlement Agreement and the Preliminarily Approval Order. (*See generally* T. Chiango Decl., Exhibit 2, hereto.)

4. With the claims period having now closed, the Parties, pursuant to the Settlement Agreement and the Court's Preliminary Approval Order (Doc. 65, ¶ 22), now respectfully request that the Court enter an order, in substantially the form of the proposed Final Approval Order attached hereto as Exhibit 1-B, granting final approval of the class-action settlement memorialized in the Settlement Agreement. As set forth more fully in Exhibit 1-B, the requested order finally approves the Settlement Agreement and, among things:

> (a) finds that the notice provided satisfies the requirements of due process and Fed. R. Civ. P. 23(e)(1);

---

[1] Any capitalized terms not defined in this Joint Motion have the meaning set forth in the Settlement Agreement.

(b) finds that Settlement Class Members have been adequately represented by the Class Representatives and Class Counsel;

(c) finds that the Settlement Agreement is fair, reasonable and adequate to the Settlement Class, that each Settlement Class Member shall be bound by the Settlement Agreement, including the release and the covenant not to sue set forth in the Settlement Agreement, and that the Settlement Agreement should be and is finally approved;

(d) dismisses on the merits and with prejudice this action, including all claims of the Settlement Class Members asserted against Defendants, with each Party waiving all rights to appeal and waiving all rights to seek reimbursement of attorneys' fees or costs (except as expressly provided in the Settlement Agreement);

(e) permanently enjoins each and every Settlement Class Member from bringing, joining, or continuing to prosecute any Released Claims against any of the Released Parties; and,

(f) retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of the Settlement Agreement.

5. In further support of the adequacy and appropriateness of the Settlement Agreement, including the notice provided to Settlement Class Members, the processing of claims, and the expected distribution of the Class Settlement Fund, the Declaration of Tina Chiango, Director of Claims Administration, Securities, and Antitrust for RG/2, the Court-approved Settlement Administrator, is attached hereto as Exhibit 2.

3

6. Pursuant to this Court's Preliminary Approval Order and as set forth in more detail in Ms. Chiango's declaration, on May 24, 2019, the Long Form Class Notice was successfully mailed to approximately 14,216 members of the Settlement Class. (*See* T. Chiango Decl., Ex. 2, ¶ 15.) Further, and as set forth in more detail in Ms. Chiango's declaration, publication notice was provided through various print and electronic media to Class Members for whom no direct mailing contact information was available. (*See id.* ¶¶ 11-12.)

7. In accordance with this Court' Preliminary Approval Order (Doc. 65, ¶¶ 19-20, 23), Class Members had until October 21, 2019 by which to file objections to the Settlement. No Class Member filed an objection. (*See, e.g.,* T. Chiango Decl., Ex. 2, ¶ 16.)

8. In accordance with this Court's Preliminary Approval Order (Doc. 65, ¶¶ 19-20, 23), Class Members had until October 21, 2019 by which to opt-out of the Settlement. As of that date (and up to the present), eight persons had (and have) opted out. (*See* T. Chiango Decl., Ex. 2, ¶ 17.) Those persons are to be excluded from the Settlement Class and settlement, including the release set forth in the Settlement Agreement, and they are specifically identified by name and address on Exhibit 2-B, filed herewith under seal.

9. Further, RG/2 estimates that approximately $967,000 of the $980,000 Class Settlement Fund (99%) will be distributed to Settlement Class Members. (*See id.* ¶ 24.) The remaining $13,000 will pay part of the reasonable costs, fees, and expenses (including any tax-related expense associated with the fund) of providing notice to the Settlement Class and administering the settlement. (*See id.* ¶ 25.)

10. In further support this Joint Motion, Plaintiffs file concurrently herewith their Memorandum in Support of Joint Motion for Final Approval of Proposed Class Action Settlement.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court enter the proposed Final Approval Order attached hereto as Exhibit 1-B and grant the Parties such other and further relief as is just and proper.

Date: December 2, 2019  Respectfully Submitted,

**HORN AYLWARD & BANDY, LLC**

BY: */s/ Thomas V. Bender*
  Thomas V. Bender, MO Bar #28099
  Dirk Hubbard, MO Bar #37936
  2600 Grand, Ste. 1100
  Kansas City, MO 64108
  (816) 421-0700
  (816) 421-0899 (Fax)
  tbender@hab-law.com
  dhubbard@hab-law.com

**WHITE, GRAHAM, BUCKLEY,
& CARR, L.L.C**

BY: /s/ Gene P. Graham, Jr.
  Gene P. Graham, Jr., MO 34950
  William Carr, MO 40091
  Bryan T. White, MO 58805
  19049 East Valley View Parkway
  Independence, Missouri 64055
  (816) 373-9080 Fax: (816) 373-9319
  ggraham@wagblaw.com
  bwhite@wagblaw.com

**CLAYTON JONES, ATTORNEY AT LAW**

BY: /s/ Clayton A. Jones
  Clayton Jones, MO51802
  405 Foxwood Dr.
  Raymore, MO 64083
  Office: (816) 318-4266
  Fax: (816) 318-4267
  claytonjoneslaw.com

**ATTORNEYS FOR PLAINTIFFS
AND SETTLEMENT CLASS MEMBERS**

LEWIS RICE LLC


By: /s/ Thomas P. Berra, Jr.
    Thomas P. Berra, Jr., #43399MO
    Oliver H. Thomas, #60676MO
    R. Taylor Matthews III, #60936MO
    Edward T. Pivin, #64086MO
    600 Washington Avenue, Suite 2500
    St. Louis, Missouri 63101
    Telephone: (314) 444-1352
    Facsimile: (314) 612-1352
    tberra@lewisrice.com
    othomas@lewisrice.com
    tmatthews@lewisrice.com
    epivin@lewisrice.com

    Robert W. Tormohlen, #40024MO
    Scott A. Wissel, #49085MO
    1010 Walnut St., Suite 500
    Kansas City, Missouri 64106
    Telephone: (816) 472-2507
    Facsimile: (816) 472-2500
    rwtormohlen@lewisricekc.com
    sawissel@lewisricekc.com

**ATTORNEYS FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 2nd day of December, 2019.


                                                              */s/ Dirk Hubbard*